Rodriguez v. Denver Sheriff's Dept.                                                          Doc. 2

Case 1:07-cv-01072-ZLW    Document 2    Filed 05/22/2007    Page 1 of 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. ___**07 - CV - 0 1 0 7 2**___

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

ALEX F. RODRIGUEZ, #132121,

      Plaintiff,

v.

DENVER SHERRIF'S [sic] DEPT., et al.,

      Defendants

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915. As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted document is

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Plaintiff will be directed to cure the

following if he wishes to pursue his claims. Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___     is not submitted
(2)   ___     is missing affidavit
(3)   _X_    is missing certified copy of prisoner's trust fund statement for the 6-month
               period immediately preceding this filing
(4)   ___     is missing required financial information
(5)   ___     is missing an original signature by the prisoner
(6)   ___     is not on proper form (must use the court's current form)

Dockets.Justia.com

(7)  ___  names in caption do not match names in caption of complaint, petition or
        habeas application
(8)  ___  An original and a copy have not been received by the court.
        Only an original has been received.
(9)  ___  other _____

**Complaint, Petition or Application:**
(10)  X   is not submitted
(11)  ___  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the prisoner
(13)  ___  is missing page nos. ___
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court.  Only an
        original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been
        received by the court.
(17)  ___  names in caption do not match names in text
(18)  ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form: Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _16ᵗʰ_ day of _May_ , 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    **07 - CV - 01072 - ***BNB***

Alex F. Rodriguez
Prisoner No. 132121
Arkansas Valley Corr. Facility
PO Box 1000 - Unit 5-B
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on *5/22/07*

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk