FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01072-ZLW-BNB

ALEX F. RODRIGUEZ,

    Plaintiff,

v.

DENVER SHERIFF SCHAEFFER,
DENVER SHERIFF STRAUCH,
DENVER SHERIFF SGT. MURPHY,
DENVER SHERIFF SGT. J. GARCIA, and
DENVER COUNTY JAIL, NURSE JACK/JOHN DOE,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: __Aug 15, 2007__

BY THE COURT:

/s/ Zita Weinshienk
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01072-ZLW-BNB

Alex F. Rodriguez
Reg. No. 132121
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

US Marshal Service
Service Clerk
Service forms for: DENVER SHERIFF SCHAEFFER, DENVER SHERIFF STRAUCH, DENVER SHERIFF SGT. MURPHY, DENVER SHERIFF SGT. J. GARCIA, and DENVER COUNTY JAIL, NURSE JACK,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on SHERIFF SCHAEFFER, SHERIFF STRAUCH, SHERIFF SGT. MURPHY, SHERIFF SGT. J. GARCIA, and NURSE JACK: AMENDED COMPLAINT FILED 07/31/07, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on  8/17/07  .

                                           GREGORY C. LANGHAM, CLERK

                                           By:_____
                                                  Deputy Clerk