IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01072-ZLW-BNB

ALEX F. RODRIGUEZ,

    Plaintiff,

v.

DENVER SHERIFF SCHAEFFER,
DENVER SHERIFF STRAUCH,
DENVER SHERIFF SGT. MURPHY,
DENVER SHERIFF SGT. J. GARCIA, and
DENVER COUNTY JAIL, NURSE JACK/JOHN DOE,

    Defendants.

---

ORDER OF DISMISSAL

---

    Plaintiff Alex F. Rodriguez filed his Amended Complaint on July 31, 2007. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this matter was referred to Magistrate Judge Boyd N. Boland. On September 27, 2007, Magistrate Judge Boland filed a Recommendation Of United States Magistrate Judge (Doc. No. 26) in which he recommended that the Complaint be dismissed without prejudice pursuant to D.C.COLO.LCivR 10.1M for failure to keep the Court informed of

Plaintiff's current address and pursuant to Fed. R. Civ. P. 41(b) and D.C.COLO.LCivR 41.1 for failure to prosecute. Plaintiff has filed no objections.[1]

The Court, after careful consideration, agrees with the Magistrate Judge's analysis and conclusion. Therefore, it is

ORDERED the Recommendation Of United States Magistrate Judge (Doc. No. 26; Sep. 27, 2007) is accepted and adopted as an order of this Court. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed without prejudice. It is

FURTHER ORDERED that the Clerk shall enter judgment for dismissal without prejudice.

DATED at Denver, Colorado, this   7   day of February, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[1] The Recommendation was issued in response to mail sent to Plaintiff being returned as undeliverable multiple times. See Docs. No. 14, 15, 17, 18, and 19. The Court notes that a copy of the Recommendation sent to Plaintiff was also returned as undeliverable. See Doc. No. 27.